**FILED**
**January 11, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | CRIMINAL NO. 3:20-CR-150-S |
| ANDRES SAENZ REYNA § | |

**REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND NOTICE OF RIGHT TO OBJECT**

Defendant **ANDRES SAENZ REYNA** is charged in a petition with a violation of the terms of his supervised release. On December 21, 2022, and January 11, 2023, the United States magistrate judge conducted a revocation hearing pursuant to the referral of the district judge. Defendant appeared in person and represented by counsel, Assistant Federal Public Defender Marti Morgan. The Government appeared by and through Assistant United States Attorneys Jordan Ganz and Sarah Douglas.

Based on the parties' stipulations, the evidence and arguments offered at the hearing, and for the reasons stated on the record at the conclusion of the hearing, the Court finds that the Government has failed in its burden to establish by a preponderance of the evidence that Defendant violated his conditions of supervised release as alleged the *Petition for Person Under Supervision* filed September 30, 2022, Doc. 19.

Based on the foregoing, it is recommended that the Court decline to revoke Defendant's term of supervised release and continue him on supervised release under the same conditions previously imposed.

**SO RECOMMENDED** on January 11, 2023.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).