# United States District Court
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:20-CR-150-S |
| | § | |
| ANDRES SAENZ REYNA (1) | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the Petition for Person Under Supervision [ECF No. 19] to United States Magistrate Judge Renee Harris Toliver to conduct a hearing on the alleged violations contained within and "to make findings and a recommendation for modification, revocation, or termination of the Defendant's term of supervised release." *See* Order, ECF No. 29. The Court received the Report & Recommendation of the United States Magistrate Judge and Notice of Right to Object ("Report & Recommendation") [ECF No. 54] pursuant to its order, and the time to object to the Report and Recommendation has passed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Accordingly the Court declines to revoke Defendant's term of supervised release at this time.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be continued on supervised release under the same conditions previously imposed.

**SO ORDERED.**

SIGNED January 26, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**