**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | **CRIMINAL NO. 3:20-CR-150-S** |
| ANDRES SAENZ REYNA | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JUL 2 2 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant **ANDRES SAENZ REYNA** is charged in a petition with a violation of the terms of his supervised release. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel, and the Government appeared by and through the Assistant United States Attorney.

The Government declined to proceed on the allegations in Paragraph I of the *First Amended Petition for Person under Supervision* ("Petition") filed July 1, 2026, Doc. 72-1. Defendant, with the advice and close assistance of counsel knowingly and voluntarily entered a plea of true to the allegations in Paragraph II of the Petition.

Based on Defendant's plea of true to the allegations in Paragraph II of the Petition and after considering the proffers and arguments offered at the hearing, the undersigned magistrate judge recommends the presiding United States district judge find that Defendant violated the terms of his supervised release, as alleged in Paragraph II of the Petition, and revoke Defendant's term of supervised release. It is further recommended that the Court imposed an additional sentence of imprisonment of **time served** in federal custody on the Petition. Finally, it is recommended that no further term of supervised release be imposed.

    **SO RECOMMENDED** on July 22, 2026.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant **ANDRES SAENZ REYNA**, hereby

    ☑ waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.

    ☐ do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

7/22/24
_____
Date

_____
Defendant

_____
Defense Counsel

**Waiver Consented to by United States**

_Elise Alderhofer_
_____
Assistant U.S. Attorney

_United States v. Andres Saenz Reyna_; No. 3:20-CR-150-S
Report and Recommendation of Supervised Release Violations
Page 2 of 2