# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:20-CR-0150-S |
| | § | |
| ANDRES SAENZ REYNA | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE
### AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the First Amended Petition for Person Under Supervision [ECF No. 61] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Andres Saenz Reyna's term of supervised release. *See* Order [ECF No. 69]. The Court has received the Report and Recommendation of the United States Magistrate Judge ("Recommendation") pursuant to its Order. *See* ECF No. 74. Defendant waived his right to object to the Recommendation. *See id.* at 2. The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant is sentenced to a period of **Time Served**, with **no additional** term of supervised release to follow.

**SO ORDERED.**

SIGNED July 23, 2026.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**